UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SYMONE BERRY, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00217-JRS-MG |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| *Respondent*. | ) | |

# FINAL JUDGMENT

The Court has ordered that Symone Berry's Petition for a Writ of Habeas Corpus be **DISMISSED** for lack of jurisdiction. The Court now enters **FINAL JUDGMENT**.

Date: 10/10/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

SYMONE BERRY
278066
ROCKVILLE - CF
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872

South Bend (PD 8)
4650 Old Cleveland Road
South Bend, IN 46628

Monika P. Talbot
INDIANA ATTORNEY GENERAL
monika.talbot@atg.in.gov